UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SHIA WERZBERGER,
               Plaintiff,

v.

TRANSUNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; and AMERICAN HONDA FINANCE
CORPORATION, d/b/a Honda Financial
Services,
               Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 5243 (VB)

    The Court has been advised that plaintiff and defendant Trans Union, LLC, have settled this matter. (Doc. # 20). Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendant Trans Union, LLC, only</u>, without costs, and without prejudice to the right to restore the action against defendant Trans Union, LLC, to the Court's calendar, provided the application to restore the action is made by no later than October 3, 2022. To be clear, any application to restore the action against Trans Union, LLC, must be filed by October 3, 2022, and any application to restore the action against Trans Union, LLC, filed thereafter may be denied solely on the basis that it is untimely.

    The Clerk is instructed to terminate Trans Union, LLC, as a defendant in this case.

Dated: August 4, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge