UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SHIA WERZBERGER,
               Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., and AMERICAN HONDA FINANCE
CORPORATION,
               Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

22 CV 5243 (VB)

      The Court has been advised that plaintiff and defendant Experian Information Solutions, Inc. ("Experian"), have reached a settlement in principle in this case. (Doc. #32). Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendant Experian, only</u>, without costs, and without prejudice to the right to restore the action against defendant Experian to the Court's calendar, provided the application to restore the action is made by no later than November 28, 2022. To be clear, any application to restore the action against Experian must be filed by November 28, 2022, and any application to restore the action against Experian filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate Experian Information Solutions, Inc., as a defendant in this case.

Dated: September 26, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge